UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

   -against-

DAVID L. GLASS,

        Defendant.

------------------------------------- x

ORDER

18 Crim. 191 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Defendant's motion for early termination of probation is denied without prejudice. Defendant may renew such motion upon: (1) Defendant's completion of two years of probation and (2) the U.S. Probation Office's recommendation that Defendant's probation be terminated.

Dated: New York, New York
   April 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge