**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DAVID L. GLASS,

                        Defendant.

------------------------------------- x

ORDER

18 Crim. 191 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 3 2021

GEORGE B. DANIELS, United States District Judge:

Defendant's unopposed motion for early termination of probation is GRANTED.

Dated: New York, New York
       March 22, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge